pellate Division, First Department. June 28, 1907.) Action by the Standard Fashion Company of New York against the Junction Dry Goods Company. C. J. Hardy for appellant. J. B. Sheehan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**STARR v. SPINGARN.** (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Michael Starr against Samuel H. Spingarn. No opinion. Motion granted with $10 costs. Order filed.

**STEARNS v. TITUS et al.** (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by George A. Stearns against George F. Titus and others. No opinion. Motion denied, with $10 costs. Order filed.

**STEELE, Respondent, v. VILLAGE OF GLEN PARK et al. Appellants.** (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by Herbert G. Steele against the village of Glen Park and others.
PER CURIAM. Judgment affirmed, with costs.
WILLIAMS and KRUSE, JJ., dissent.

**STEELL, Appellant, v. STEGER et al., Respondent.** (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Willis Steell against Julius Steger and others. H. H. Maass, for appellant. L. Laski, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**STEIN v. DUNNE.** (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Edith C. Stein against James Dunne. No opinion. Motion granted, and question certified, as stated in order. Order filed.

**STEPHENS & CONROW CO., Respondent, v. AMERICAN INK CO., Appellant.** (Supreme Court, Appellate Division, First Department. June 21, 1907.) Action by the Stephens & Conrow Company against the American Ink Company. C. J. Shearn, for appellant. A. A. Cook, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**STERN v. STERN.** (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by August Stern against Eva Stern. No opinion. Motion for stay denied, with $10 costs. Settle order on notice.

**STEUERWALD, Appellant, v. JACKSON, Respondent.** (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Anna M. Steuerwald against John W. Jackson. No opinion. Motion denied, with costs.

**STEWART, Respondent, v. ENNIS et al., Appellants.** (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by Gardiner Stewart against Thomas A.

Ennis and another. C. D. Cleveland, for appellants. G. H. Montague, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**STILES et al. v. ÆTNA LIFE INS. CO.** (Supreme Court, Appellate Division, Fourth Department, July 9, 1907.) Action by Jesse P. Stiles and another against the Ætna Life Insurance Company. No opinion. Defendant's exceptions overruled, motion for a new trial denied, with costs to the plaintiff, and judgment ordered for the plaintiff on the verdict.

**STODDARD, Appellant, v. DIAMOND MATCH CO., Respondent.** (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Charlie F. Stoddard against the Diamond Match Company. No opinion. Judgment and order affirmed, with costs.

**STOKES, Respondent, v. DALE et al., Appellants.** (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by William E. D. Stokes, as trustee, against Henry Dale and others. M. Kirtland, for appellants. J. C. Clark, for respondent. No opinion. Order modified, as directed, in order entered, and, as modified, affirmed, without costs. Order filed.

**In re STOLZ et al.** (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) In the matter of the application to refer controversy between Benjamin Stolz, as receiver, and the city of Syracuse.
PER CURIAM. Order affirmed, with $10 costs and disbursements, but not on the ground of want of power.
McLENNAN, P. J., not sitting.

**STORM, Appellant, v. ENGLISH, Respondent.** (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by George H. Storm against John L. English. A. R. Bunnell, for appellant. E. L. Thompson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**STOWELL, Appellant, v. O'NEIL et al., Respondents.** (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Eva May Stowell, an infant, by her guardian ad litem, Frank Stowell, against John P. O'Neil, and another. No opinion. Order unanimously affirmed, with costs.

**STRASBOURGER, Respondent, v. GOSS et al., Appellants.** (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Samuel Strasbourger against Wright D. Goss and others. G. J. McDonnell, for appellants. M. L. Schallek, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**STRINGER, Appellant, v. BARKER, Respondent.** (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Adelia G. Stringer against Charles B. Barker.